**Dawn FIGMAN, Plaintiff–Appellant,**

v.

**Kyle COURTNALL, Defendant–**
**Appellee.**

**No. 01–1763.**

United States Court of Appeals,
Fourth Circuit.

Submitted Sept. 20, 2001.

Decided Sept. 26, 2001.

Dawn Figman, pro se.

Before LUTTIG, KING, and GREGORY, Circuit Judges.

PER CURIAM.

Dawn Figman appeals the district court's order denying relief on her 42 U.S.C. § 1985 (1994) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Figman v. Courtnall,* No. CA–01–45–3 (W.D.Va. Apr. 30, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*